## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JENNIFER BRESSNER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-cv-1309 |
| CATERPILLAR, INC., | ) |
| Defendant. | ) |

## **O R D E R**

Before the Court is the Motion to Vacate Order Awarding Costs filed by Defendant, Caterpillar, Inc., on March 10, 2008 [Doc. 24].  Defendant was granted summary judgment on February 7, 2008 and Defendant sought costs on February 19, 2008.  An amended judgment was entered on March 4, 2008 reflecting the taxation of costs in the amount of $1,289.95.  Defendant now indicates that it had a prior agreement with Plaintiff whereby Plaintiff waived her right to appeal this matter and Defendant agreed not to seek costs.  As such, Defendant seeks to vacate the amended judgment awarding costs.  Defendant does not indicated under what Rule of Civil Procedure it seeks relief; however, this Court assumes that Defendant seeks relief pursuant to Federal Rule of Civil Procedure 60(b)(5).  This Rule provides that a party may be relieved from judgment due to the satisfaction or release of the judgment.  In light of Defendants' representations, the Motion is GRANTED and the March 4, 2008 Amended Judgment is VACATED.  The Clerk is directed to enter an amended judgment without reference to the taxation of costs.

Entered this 1st day of April, 2008

s/ Joe B. McDade
JOE BILLY MCDADE
United States District Judge